UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Frank A. Catalano, III, Arlene A. Catalano, Ford Motor Credit Company, John Doe, Mary Roe and XYZ Corporation<br><br>Defendants. | **STIPULATION TO WITHDRAW ANSWER**<br><br>CV No.: 07-CV-0004 A |

WHEREAS, the plaintiff commenced this action by the filing of a Summons and Complaint on 1/4/2007; and

WHEREAS, a Verified Answer and Cross Claim was served in response to the Summons & Complaint on behalf of defendant Frank A. Catalano, III, by his counsel Michael R. Wyszynski, on or about January 30, 2007; and

WHEREAS, counsel for the plaintiff has represented to the counsel for the answering defendant that the plaintiff will not seek to purse a deficiency judgment against his client, and, that based upon this representation, the answering defendant has consented to withdraw his Verified Answer and Cross Claim,

IT IS NOW HEREBY AGREED BY AND BETWEEN the plaintiff and defendant Frank A. Catalano, III, through their respective attorneys, as follows:

1. The Verified Answer and Cross Claim of defendant dated January 30, 2007 is hereby withdrawn. A copy of this Verified Answer and Cross Claim is attached hereto and made a part hereof as **Exhibit "A"**.

2. That defendant, Frank A. Catalano, III does hereby serve a general notice of appearance and the plaintiff does hereby accept the service of same. A copy of this Notice of Appearance is attached hereto and made a part hereof as **Exhibit "B"**.

Dated: March 9, 2007

_____
Gerald N. Murphy, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
*Attorneys for Plaintiff, United States of America*
One Chase Square, Suite 1900
Rochester, New York 14604
(585) 325-7515

Dated: March 6, 2007

_____
Michael R. Wyszynski, Esq.
*Attorney for Defendant Frank A. Catalano, III*
950-A Union Road
West Seneca, NY 14224
(716) 674-9610

SO ORDERED:

_____
Hon. Leslie G. Foschio
U.S. Magistrate Judge

EXHIBIT "A"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
    Plaintiff,
vs.

Frank A. Catalano, III, Arlene A. Catalano, Ford Motor Credit Company, John Doe, Mary Roe and XYZ Corporation
    Defendants.

NOTICE OF APPEARANCE
AND WAIVER IN
FORECLOSURE

CV No.: 07-CV-0004 A

---

SIR: PLEASE TAKE NOTICE, that the defendant, **Frank A. Catalano, III** hereby appears in the above entitled action and that the undersigned has been retained as attorney for said defendant therein and hereby waives service of all papers and notice of all proceedings in said action **except** <u>copy of Judgment of Foreclosure and Sale, Notice of Sale, Report of Sale and notice of proceedings to obtain surplus moneys, if any, to be mailed to the address below.</u>

Dated: _March 6_, 2007

_____
Michael R. Wyszynski, Esq.
*Attorney for Defendant Frank A. Catalano, III*
950-A Union Road
West Seneca, NY 14224
(716) 674-9610


TO: FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C.
  Attorneys for the Plaintiff
  Office and P.O. Address:
  One Chase Square, Suite 1900
  Rochester, New York 14604
  Tele: (585) 325-7515
  **Fax: (585) 325-6287**