IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                          Plaintiff, 07-CV-0004 A

-vs-

Frank A. Catalano, III, Arlene A. Catalano, et al.
                          Defendants.

---

## ORDER FOR WITHDRAWAL OF MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

Upon the United States' Motion for Withdrawal of the Motion for Judgment of Foreclosure and Sale, it is

**ORDERED**, that the motion is granted and the Motion for Judgement of Foreclosure and Sale is withdrawn.

Dated: Buffalo, New York, May 4, 2007.

*/s/ Richard J. Arcara*
Honorable Richard J. Arcara
Chief United States District Judge