IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
                Plaintiff,     07-CV-0004 A
-vs-                              County Index
                                          #I2007-198

Frank A. Catalano, III, Arlene A. Catalano, et al.
                Defendants.

---

## ORDER FOR CANCELLATION OF NOTICE OF PENDENCY AND TO VACATE ENTRY OF DEFAULT

Upon reading the Stipulation for Voluntary Dismissal for an Order Cancelling Notice of Pendency and to Vacate Judgment of Foreclosure and Sale of Gerald N. Murphy, Attorney for the Plaintiff, and upon all the pleadings and proceedings had herein, all of which it appears to the satisfaction of the Court that the plaintiff is in all respects entitled to the relief herein granted, it is

ORDERED ADJUDGED AND DECREED, that the Notice of Pendency filed in this action in the U.S. Federal District Court on 1/4/2007, and filed in the office of the clerk of the County of Erie on 1/8/2007, be cancelled and discharged of record; and

THAT the Entry of Default entered in the U.S. Federal District Court on 2/21/2007 and 4/3/2007, be vacated.

**SO ORDERED**

Dated: May ___4___, 2007

/s/ Richard J. Arcara
Honorable Richard J. Arcara
Chief United States District Judge